**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kevin Lamont WALKER, Defendant–Appellant.**

**No. 10–7692.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: Feb. 23, 2011.

Kevin Lamont Walker, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lamont Walker appeals the district court's orders denying his various motions seeking reconsideration of the court's previous denial of Walker's 18 U.S.C. § 3582(c)(2) (2006) motion, to correct a clerical error, for appointment of counsel, for civil contempt, and based on a miscarriage of justice. We have reviewed

the record and find no reversible error. Accordingly, we affirm the district court's orders and deny Walker's motion for a certificate of appealability. *See United States v. Walker*, No. 4:05–cr–00005–RBS–JEB–1 (July 23 & Nov. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*